> **Motion GRANTED. Hearing reset for 2/1/13 at 3:00 p.m.**
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00E082-11 |
| | ) | |
| JONAS HAYES | ) | JUDGE TRAUGER |

### MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through Assistant United States Attorney Sunny A.M. Koshy, and moves the Court to continue the defendant's sentencing hearing since the defendant's cooperation is not yet complete.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

BY:  s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South, Suite A961
Nashville, TN 37203-3870
Phone: (615) 736-5151

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Response was sent via the Court's electronic filing system this 26th day of October, 2012 to the following:

David R. Heroux, Esq.
Haymaker & Heroux, P.C.
943 Main Street
Nashville, TN 37206

 s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney