IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| [11] JONAS LAVAR HAYES | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for February 1, 2013 is **RESET** for Monday, February 4, 2013 at 4:00 p.m.

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge